1 | Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
2 | 515 Juniper Street
San Diego, CA 92101
3 | (619) 234-3374
Facsimile (619) 234-3375
4
5 | Attorney for Peter Gilboy dba Judgment Trackers

FILED
ENTERED
LODGED
RECEIVED

JUL 2 0 2006

CLERK, U.S BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    SD        DEPUTY

ENTERED AUG 7 2006
FILED
AUG - 4 2006

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re

DEMOSTHENIS KANAKARIS aka DENNY KANAKARIS

Debtor.

Case No. 05-04358-H7

PETER GILBOY dba JUDGMENT TRACKERS

Plaintiff,

v.

DEMOSTHENIS KANAKARIS aka DENNY KANAKARIS

Defendant.

ADVERSARY PROCEEDING
NO. 05-90336-H7

ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT, DEMOSTHENIS KANAKARIS

The Defendant's Motion for Summary Judgment (the "Motion") filed by Demosthenis Kanakaris ("Kanakaris") came on regularly for hearing on July 18, 2006 at 10:00 a.m. in Department Three of the above-captioned Court, the Honorable John J. Hargrove, Judge presiding. Appearances were made by the firm of Robbins & Keehn, APC by L. Scott Keehn, Esq., on behalf

1

*Kanakaris v. Gilboy*, Adv. Pro. No. 05-90336-H7, ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT, DEMOSTHENIS KANAKARIS

of Kanakaris, who was present in court and Bernard M. Hansen, Esq., appeared on behalf of Plaintiff, Peter Gilboy dba Judgment Trackers, who was present in court.

The Court having considered the written and oral argument of the parties, including, but not necessarily limited to, the pleadings and papers filed in support of, opposition to and reply to the Motion; and for good cause appearing,

IT IS HEREBY ORDERED the Motion be and hereby is denied.

Dated: AUG 0 4 2006

JUDGE, UNITED STATES BANKRUPTCY COURT

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

Bernard M. Hansen
Bernard M. Hansen, Esq.
Attorney for Peter Gilboy dba Judgment Trackers

2

*Kanakaris v. Gilboy*, Adv. Pro. No. 05-90336-H7, ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT, DEMOSTHENIS KANAKARIS